**FILED**

**01/11/2023**

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

## PETITION UNDER 28 U.S.C. 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY SEEKING REVIEW OF PRISON DISCIPLINARY SANCTION

[This form is for State prisoner to challenge <u>one prison disciplinary proceeding.</u> If you want to challenge more than one, you must file a separate form for each one. If you are challenging a State court or Federal conviction, you need a different form.]

| Name (under which you were convicted): Jermy J. Rohrer  # 231642 | Case No. [For a new case in this court, leave blank. The court will assign a case number.] 1:23-cv-078-RLY-TAB |
|---|---|
| Place of Confinement: Newcastle Correctional Facility | Earliest possible Release Date: Jan, 22, 2024 |

[Once you know your case number, it is <u>VERY IMPORTANT</u> that you include it on <u>everything</u> you send to the court for this case. <u>DO NOT</u> send more than one copy of anything to the court. <u>Neatly</u> print in ink (or type) your answers.]

1. NAME OF FACILITY HOLDING THE HEARING: _Newcastle Correctional Facility_

   Date of hearing _6 / 3 / 22_. Case number: _NCF 22-05-0086_

   Offense: _Un Auth poss of property_

   Code # _B 215_.                    Did you plead guilty? ☑ Yes. ☐ No.

2. Lost earned credit time? ☑ No. ☐ Yes, I lost _____ days earned credit time.

   Was the loss of earned credit time suspended? ☐ No. ☑ Yes, it was suspended until: _12 / 3 / 22_

   If suspended, has it been imposed? ☑ No ☐ Yes, it was imposed on _____ / _____

3. Demoted in credit class? ☑ No ☐ Yes, I was demoted from Class _____ to Class _____

   Was the demotion suspended? ☑ No ☐ Yes, it was suspended until: _____ / _____

   If suspended, has it been imposed? ☐ No ☐ Yes, it was imposed on: _____ / _____

4. Appealed to the Superintendent? ☐ No ☑ Yes, the result was: _Denied_

5. Appealed to the Final Reviewing Authority? ☐ No ☑ Yes, the result was: _Denied_

6. Previously challenged this disciplinary hearing in <u>federal</u> court? ☑ No ☐ Yes, case number _____

7. Are you paying the $5.00 filing fee?

   ☑ Yes, I have authorized prison officials to deduct the money from my prisoner trust fund account and send it to the court.

   ☐ No, I have attached a separate Prisoner Motion to proceed In Forma Pauperis and a copy of my inmate trust fund ledger for the past six months BECAUSE I have less than $15.00 now and I have received an average of less than $15.00 a month during the past six months.

## GROUNDS RAISED IN THIS HABEAS CORPUS PETITION

[Explain why the prison disciplinary hearing violated the Constitution, laws, or treaties of the United States. Write the facts supporting each ground. Use simple English words and sentences. Do not use legal terms or quote from cases or statutes. If you want to submit a legal brief or arguments, attach a separate memorandum

CAUTION: If you do not PRESENT EVERY GROUND IN THIS PETITION, YOU MAY BE BARRED FRFOM DOING SO LATER.]

GROUND ONE: [Briefly describe your claim.] _There is no Confiscation form SF 36030 Notice of confiscated Property on this case_

Supporting Facts: [Do not argue or cite law. just state the specific facts that support your claim.]

_Mr S. Joseph (I+A) confiscated a box out of the mail room that was being mailed home. In the conduct report he list's items in the box but not on a confiscation Notice (SF 36030). He did not follow procedure of Confiscation and conduct report paperwork. Chain of evedinance was not up held_

Did you present Ground One to the Final Reviewing Authority? ☐ No ☑ Yes, because _It was part of case and chain of evedinance not followed_

GROUND TWO: [Briefly describe your claim.] _Did not investage All involved in the incedent or paperwork_

Supporting Facts: [Do not argue or cite law. just state the specific facts that support your claim.]

_a Letter was given to the counslear Dickerson to be given to mr S Joseph (I+A) that said most of the items where someone else's property. When I got to DHB that letter was not in the file. Paperwork that mattered Did not end up in the file as evedance. Mrs. Dickerson did not complete the chain of evedinance._

Did you present Ground Two the Final Reviewing Authority? ☐ No ☑ Yes, because _it was_

_showing someone else was responsible for those items._

**GROUND THREE** [Briefly describe your claim.] _____

_____

Supporting Facts: [Do not argue or cite law. just state the specific facts that support your claim.]

Did you present Ground Three to the Final Reviewing Authority? ☐ No ☐ Yes, because _____

**DOCUMENTS**

I have attached these documents from this disciplinary hearing: [Check all that apply.]

☑ Report of Conduct
☑ Screening Report
☑ Report of Disciplinary Hearing
☑ Letter from the Final Reviewing Authority
☑ Other relevant documents: _Pictures, Policy for confiscation, Grievance, Letter to_
_IDoc, Policy and Administrative Procedure_

**RELIEF**

I ask for the following relief: _For the B 215 unAuth, poss. of property to be_
_dismissed and expunged from all my records._

_____

_____

_____ or any other relief to which I may be entitled.


**DECLARATION AND SIGNATURE**

I placed this petition in the prison mail system on __11 / 29 / 22__ at __8:00__ am/pm.
      [Do not fill in this date and time until you give this petition to the prison officials to send to the court]

I declare under penalty of perjury that all of the statements in this petition are true and agree I will promptly notify
  the court of any changes of address.

_____                231642
           Signature                                    Prisoner Number

         SOUTH BEND, INDIANA 46601 – 2194

4