UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JERMY J. ROHRER, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>WARDEN, )<br>)<br>Respondent. ) | No. 1:23-cv-00078-RLY-TAB |

### FINAL JUDGMENT

The Court now enters FINAL JUDGMENT. The petitioner's petition for writ of habeas corpus is dismissed for lack of jurisdiction.

Date: 11/27/2023

Roger A. G. Sharpe, Clerk of Court

By: _____
  Deputy Clerk

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:

JERMY J. ROHRER
231642
NEW CASTLE - CF
NEW CASTLE CORRECTIONAL FACILITY - Inmate Mail/Parcels
1000 Van Nuys Road
P.O. Box E
NEW CASTLE, IN 47362

David A. Arthur
INDIANA ATTORNEY GENERAL
David.Arthur@atg.in.gov